Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

Case No.: 06–10373–rlj7
Chapter: 7
Judge: Robert L. Jones

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lloyd Gayland Reeves
1510 Sirthopas
Abilene, TX 79602

Lisa Ann Reeves
1510 Sirthopas
Abilene, TX 79602

Social Security / Individual Taxpayer ID No.:
xxx–xx–8188
xxx–xx–3678

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Neary, William)

Dated: 12/21/10

United States Trustee